# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160263(130)
160264(131)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

                                SC: 160263

v                                 COA: 334320
                                Saginaw CC: 15-041274-FH

DANE RICHARD KRUKOWSKI,
      Defendant-Appellee.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

                                  SC: 160264

v                                 COA: 337120
                                Saginaw CC: 15-041275-FH

CODIE LYNN STEVENS,
      Defendant-Appellee.
_____/

        On order of the Chief Justice, the separate motions of defendants-appellees to extend the time for filing their supplemental briefs are GRANTED. The supplemental briefs will be accepted as timely filed if submitted on or before September 3, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      July 30, 2020                            

                                            Clerk